| AO 10 Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2016 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Engelhardt, Kurt D. | 2. Court or Organization USDC - EDLA | 3. Date of Report 08/24/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge - Active | 5a. Report Type (check appropriate type) ☐ Nomination  Date ☐ Initial  ☑ Annual  ☐ Final 5b. ☑ Amended Report | 6. Reporting Period 01/01/2016 to 12/31/2016 |

**7. Chambers or Office Address**

U.S. Courthouse
500 Poydras Street, C-367
New Orleans, Louisiana 70130

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee (Uncompensated) | Trust No. 1 |
| 2. | Member - Board of Directors (Uncompensated) | Cancer Association of Greater New Orleans (CAGNO) |
| 3. | Member - Dean's Advisory Planning Board (Uncompensated) | Louisiana State University - College of Humanities & Social Sciences |
| 4. | Trustee (Uncompensated) | Special Needs Trust |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Engelhardt, Kurt D. | 08/24/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2016 | Parish of Jefferson-24th Judicial District Court - Administrative Assistant |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✔] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Engelhardt, Kurt D. | 08/24/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. New York Life - LifeStages Variable Annuity (H) | | None | M | T | | | | | |
| 2. - MainStay VP S&P 500 Index (High) (X) | A | Dividend | J | T | | | | | |
| 3. - MainStay VP Cornerstone Growth Portfolio - Service Class (High)(X) | A | Dividend | J | T | | | | | |
| 4. - MainStay VP Income Builder (Moderate) (X) | A | Dividend | J | T | | | | | |
| 5. - MainStay VP Common Stock (High) (X) | A | Dividend | J | T | | | | | |
| 6. - MainStay VP High Yield Corporate Bond (Moderate) (X) | A | Dividend | J | T | | | | | |
| 7. - Fidelity VIP Equity - Income (High) (X) | A | Dividend | J | T | | | | | |
| 8. - Fidelity VIP Contrafund (high) (X) | A | Dividend | J | T | | | | | |
| 9. - Janus Aspen Global Research Portfolio - Service Class (High) (X) | A | Dividend | J | T | | | | | |
| 10. - MainStay VP Convertible (Moderate) (X) | A | Dividend | J | T | | | | | |
| 11. - MainStay VP Large Cap Growth (High) (X) | A | Dividend | J | T | | | | | |
| 12. - MainStay VP Mid Cap Core (High) (X) | A | Dividend | J | T | | | | | |
| 13. - MainStay VP ICAP Select Equity (High) (X) | A | Dividend | K | T | | | | | |
| 14. - MainStay VP Epoch U.S. Small Cap - Service Class (High)(5) (X) | A | Dividend | J | T | | | | | |
| 15. - MainStay VP Janus Balanced Portfolio- Initial Class (Moderate)(2)(X) | A | Dividend | J | T | | | | | |
| 16. Trust No. 1 (H) | | | | | | | | | |
| 17. - CG GR INFL LKD INC ADV (TILUX) (X) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Engelhardt, Kurt D. | 08/24/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - CG ULTRA SHT TERM FIXED IN ADV (TSDUX)(X) | A | Dividend | J | T | | | | | |
| 19. - CONSULTING GRP CORE FIXED INC (TIIUX) (X) | A | Dividend | J | T | | | | | |
| 20. - CONSULTING GRP EMRG MKT EQ INV (TEMUX) (X) | A | Dividend | J | T | | | | | |
| 21. - CONSULTING GRP HI YLD INVSTMNT (THYUX) (X) | A | Dividend | J | T | | | | | |
| 22. - CONSULTING GRP INTL EQ INVEST (TIEUX) (X) | A | Dividend | J | T | | | | | |
| 23. - CONSULTING GRP INTL FX INC INV (TIFUX) (X) | A | Dividend | J | T | | | | | |
| 24. - CONSULTING GRP LG CP EQ INVEST (TLGUX) (X) | A | Dividend | J | T | | | | | |
| 25. - CONSULTING GRP SM MD CP EQ INV (TSGUX) (X) | A | Dividend | J | T | | | | | |
| 26. New York Life (H) | | | | | | | | | |
| 27. - New York Life Annuity - Fixed | B | Interest | K | T | | | | | |
| 28. - Whole Life Policy #1 | A | Dividend | K | T | | | | | |
| 29. - Whole Life Policy #2 | A | Dividend | K | T | | | | | |
| 30. - Secure Term Choice Fixed Annuity | A | Interest | K | T | | | | | |
| 31. AT&T (stock) | B | Dividend | K | T | | | | | |
| 32. LPL Financial - IRA (H) | A | Dividend | M | T | | | | | |
| 33. - AB Relative Value Advisor CL CBBYX (X) | A | Dividend | J | T | | | | | |
| 34. - American Funds American Balanced CL F2 AMBFX (X) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Engelhardt, Kurt D. | 08/24/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Capital Income Builder CL F2 CAIFX (X) | A | Dividend | J | T | | | | | |
| 36. - Catalyst Millburn Hedge Strategy CL I MBXIX (X) | A | Dividend | J | T | | | | | |
| 37. - Cohen & Steers Real Estate Securities CL I CSDIX (X) | A | Dividend | J | T | | | | | |
| 38. - Columbia U S Govt Mortgage CL Z CUGZX (X) | A | Dividend | J | T | | | | | |
| 39. - Delaware Small Cap Value Instl CL DEVIX (X) | A | Dividend | J | T | | | | | |
| 40. - Delaware Value Instl CL DDVIX (X) | A | Dividend | J | T | | | | | |
| 41. - Hartford Core Equity CL I HGIIX (X) | A | Dividend | J | T | | | | | |
| 42. - Janus Global Life Sciences CL T JAGLX (X) | A | Dividend | J | T | | | | | |
| 43. - Lord Abbett Short Duration Income CL F LDLFX (X) | A | Dividend | J | T | | | | | |
| 44. - Oppenheimer Intl Growth CL Y OIGYX (X) | A | Dividend | J | T | | | | | |
| 45. - Pioneer Bond CL Y PICYX (X) | A | Dividend | J | T | | | | | |
| 46. - Prudential Jennison Health Sciences CL Z PHSZX (X) | A | Dividend | J | T | | | | | |
| 47. - SPDR Series Trust S&P Dividend ETF SDY (X) | A | Dividend | J | T | | | | | |
| 48. - T Rowe Price Global Technology PRGTX (X) | A | Dividend | J | T | | | | | |
| 49. - Vanguard Strategic Equity Investor CL VSEQX (X) | A | Dividend | J | T | | | | | |
| 50. - Fidelity Advisor Materials Instl Class-FMFEX (Y) | | | | | | | | | |
| 51. - International Growth @ Income Class F2-IGFFX (Y) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Engelhardt, Kurt D. | 08/24/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Invesco Diversified Dividend Class Y-LCEYX (Y) | | | | | | | | | |
| 53. - Neuberger Berman Mid Cap Growth Class A-NMGAX (Y) | | | | | | | | | |
| 54. - New World Class F2-NFFFX (Y) | | | | | | | | | |
| 55. - Pimco Total Return-PTTDX (Y) | | | | | | | | | |
| 56. - Insured Cash Account (Y) | | | | | | | | | |
| 57. - Victory-Sycamore Small Company-OPPTY CLA-SSGSX (Y) | | | | | | | | | |
| 58. - Wells Fargo-Core Bond-Admin CL-MNTRX (Y) | | | | | | | | | |
| 59. Jefferson Parish Retirement Plan | A | Dividend | K | W | | | | | |
| 60. Special Needs Trust (H) | | | | | | | | | |
| 61. - JPMorgan Chase Bank | A | Interest | M | T | | | | | |
| 62. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Engelhardt, Kurt D. | 08/24/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Kurt D. Engelhardt**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544